IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES, ET AL. | § | |
|     FED. REG. I.D. 40948-010 | § | |
| | § | |
| V. | § | C.A. NO. C-10-264 |
| | § | |
| DR. KRISTEN HUNGNESS, ET AL. | § | |

## ORDER OF TRANSFER

Plaintiffs are federal prisoners currently incarcerated at the Federal Medical Center ("FMC") in Lexington, Kentucky. Defendants are four (4) federal prison officials and/or employees associated with FMC-Lexington's Residential Drug Abuse Program (RDAP). Plaintiffs filed this action on August 2, 2010, alleging that they are in imminent danger of bodily harm because defendants are sexually harassing and assaulting them, including forcing them to have sex with them and each other, and publishing the video recordings of these acts on the internet.[1] Plaintiffs claim that defendants have even murdered two prisoners, and they fear one of them will be next.

The district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b).

A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Lexington, Kentucky. In addition, defendants are located in Lexington, Kentucky.

---

[1] There are 46 individual plaintiffs listed on the TRO motion, each proceeding *pro se*. Plaintiffs have not filed a motion for class certification pursuant to Rule 23, Fed. R. Civ. P.

Kentucky is divided into two judicial districts. 28 U.S.C. § 97. Lexington is located in Fayette County, Kentucky, and Fayette County is located in the Eastern District of Kentucky. Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Eastern District of Kentucky.

ORDERED this 11th day of August, 2010.

_____
Janis Graham Jack
United States District Judge